# EXHIBIT A

**2012-2016 BASIC AGREEMENT**

**TABLE OF CONTENTS**

ARTICLE I—Intent and Purpose ............................. 1

ARTICLE II—Recognition ................................... 1

ARTICLE III—Uniform Player's Contract ................... 1

ARTICLE IV—Negotiation and Approval of Contracts ........ 2

ARTICLE V—Scheduling .................................... 3

    A.  Length of Season ................................... 3

    B.  Championship Schedules ............................ 5

    C.  Additional Scheduling Agreements ................... 5

    D.  Interleague Play ................................... 10

    E.  15/15 Realignment ................................. 10

ARTICLE VI—Salaries ..................................... 10

    A.  Minimum Salary .................................... 10

    B.  Maximum Salary Reduction .......................... 12

        (1)  Maximum Salary Cut Rate ....................... 12

        (2)  Calculation of Previous Seasons Salaries .......... 13

        (3)  Disputes ....................................... 17

    C.  Standard Length of Season ........................... 17

    D.  Salary Continuation—Military Encampment ........... 17

    E.  Salary Arbitration ................................... 17

        (1)  Eligibility ...................................... 17

        (2)  Notice of Submission ........................... 18

        (3)  Withdrawal from Arbitration .................... 19

i

(4) Form of Submission ............................. 19

(5) Selection of Arbitrators .......................... 19

(6) Location of Hearings ............................ 19

(7) Conduct of Hearings ............................ 19

(8) Continuances, Adjournments or Postponements ... 20

(9) Hearing Costs ................................... 20

(10) Criteria ........................................ 20

(11) Confidential Major League Salary Data ........... 21

(12) Prohibition Regarding Competitive
Balance Tax ................................... 22

(13) Timetable and Decision .......................... 22

ARTICLE VII—Expenses and Expense Allowances .......... 22

A. Transportation and Travel Expenses ................... 22

B. In-Season Meal and Tip Allowance ................... 24

C. Spring Training Allowances .......................... 26

D. Single Rooms on the Road .......................... 27

E. All-Star and Home Run Derby Participant Benefits .... 27

F. In-Season Supplemental Allowances .................. 28

G. Allowances for Disabled Players ...................... 29

ARTICLE VIII—Moving Allowances ........................ 32

ARTICLE IX—Termination Pay ............................ 33

A. Off-Season ......................................... 33

B. Spring Training ..................................... 34

C. In-Season .......................................... 34

D. Split Contracts ..................................... 34

ii

E.   Injury ................................................... 35

F.   Non-Duplication ...................................... 35

ARTICLE X—World Series, League Championship Series,
          Division Series, and Wild Card Game
          Players' Pool .................................. 36

A.   Creation of Pool ...................................... 36

B.   Distribution of Pool ................................... 36

C.   Division of Players' Pool ............................. 37

D.   Guarantee of Pool .................................... 37

ARTICLE XI—Grievance Procedure ......................... 38

A.   Definitions ............................................ 38

B.   Procedure ............................................. 42

C.   Special Procedure with Regard to Certain
     Disciplinary Action ................................... 44

D.   Grievances Initiated or Appealed by a Club ............ 46

E.   Grievances Initiated or Appealed by the
     Association ........................................... 47

F.   Miscellaneous ........................................ 47

G.   Survival Following Termination of
     Basic Agreement ...................................... 48

ARTICLE XII—Discipline .................................. 48

A.   Just Cause ............................................ 48

B.   Conduct Detrimental or Prejudicial to Baseball ........ 49

C.   Notice ................................................ 49

D.   Discovery ............................................. 49

E.   Compliance ........................................... 50

F.   Investigations ........................................... 51

G.   Major League Rules 15 and 16 ......................... 51

ARTICLE XIII—Safety and Health ........................... 51

A.   Safety and Health Advisory Committee ............... 51

(1)   Safety and Health Advisory Committee ........... 51

(2)   Committee Meetings ............................. 52

(3)   Power and Authority of Committee .............. 52

(4)   Other Rights and Remedies ...................... 52

B.   Safety Complaints—Responsibility of the
Commissioner ....................................... 52

C.   Disabled List .......................................... 53

D.   Second Medical Opinion .............................. 54

E.   Certified Athletic Trainers ........................... 54

F.   Locker Room Equipment ............................. 55

G.   Disclosure of Medical or Health Information ........... 55

H.   Location of Rehabilitation Facilities .................. 58

I.   Medical History Questionnaire ........................ 59

ARTICLE XIV—Spring Training Conditions ................. 59

A.   Reporting .............................................. 59

B.   Living Away from Club Headquarters ................. 60

C.   Meetings with Players ................................ 60

ARTICLE XV—Miscellaneous ............................... 60

A.   No Discrimination .................................... 60

B.   Parking Facilities ..................................... 60

C.   Winter League Play ................................... 60

iv

D.  College Scholarship Plan ............................. 61

E.  Active Player Limit .................................... 61

F.  Spanish Translations and ESL Courses ................ 63

G.  Future Expansion ..................................... 64

H.  Future Contraction ................................... 65

I.  Sale of Club ......................................... 65

J.  Default Notice ....................................... 65

K.  International Play .................................... 65

   (1)  Definition ....................................... 65

   (2)  Possible Expansion .............................. 66

   (3)  Prior Agreement Required ....................... 66

   (4)  All International Play Subject to
       Joint Cooperation .............................. 67

   (5)  International Play Meetings ....................... 67

   (6)  Staging of International Play Events .............. 67

   (7)  Club and Player Participation
       in International Play Events ..................... 68

L.  Interest Rate ......................................... 69

M.  Players Association Tickets ........................... 70

N.  Family and Medical Leave Act ........................ 70

O.  All-Star Game ....................................... 70

   (1)  World Series Home Field Advantage .............. 70

   (2)  Roster ........................................... 70

   (3)  Designated Hitter ................................ 71

   (4)  Election and Selection Process .................... 71

   (5)  Emergency Replacements ........................ 74

v

(6)  Reserve Pitching Plan ........................... 74

(7)  Participant Benefits .............................. 74

(8)  Players Trust Benefits ........................... 75

ARTICLE XVI—Deferred Compensation ..................... 75

ARTICLE XVII—Existing Agreements ....................... 77

ARTICLE XVIII—Rule Changes ............................. 77

ARTICLE XIX—Assignment of Player Contracts ............ 78

A.  Consent to Assignment ............................ 78

B.  Assignment to Minor League club ................... 80

C.  Disabled List—Assignment to Minor League club ..... 80

D.  Foreign Assignments ............................... 82

E.  Optional Assignments .............................. 82

F.  Waivers ........................................... 83

G.  Designated Player ................................. 83

H.  Unconditional Release ............................. 84

I.  Forms ............................................. 84

ARTICLE XX—Reserve System ............................. 84

A.  Reservation Rights of Clubs ....................... 84

B.  Free Agency ....................................... 86

(1)  Eligibility ...................................... 86

(2)  Procedure ....................................... 86

(3)  Rights of Former Club ........................... 87

(4)  Compensation .................................... 88

(5)  Miscellaneous ................................... 90

C.   [Reserved] ............................................. 92

D.   Outright Assignment to Minor League club ........... 92

   (1)   Election of Free Agency—3-Year Player .......... 92

   (2)   Election of Free Agency—Second Outright
       Assignment ..................................... 92

   (3)   Effect of Free Agency Election ................... 93

   (4)   Procedure ........................................ 93

E.   Individual Nature of Rights ........................... 94

ARTICLE XXI—Credited Major League Service ............. 96

A.   Definitions ............................................. 96

B.   Optional Assignments ................................. 96

ARTICLE XXII—Management Rights ....................... 97

ARTICLE XXIII—Competitive Balance Tax ................. 97

A.   General Definitions ................................... 97

B.   Determination of Competitive Balance Tax ........... 98

   (1)   Calculation of Tax .............................. 98

   (2)   Tax Thresholds ................................. 98

   (3)   Tax Rates ....................................... 99

   (4)   Collection of Competitive Balance
       Tax Proceeds ................................... 99

C.   Determination of Actual Club Payroll ................. 100

   (1)   Definition of Actual Club Payroll ................ 100

   (2)   Rules for Allocation of Salary .................... 100

      (a)   General Rule ................................ 100

      (b)   Assignment of Contract ...................... 101

        (c)  Contract Signed After Opening Day ........... 102

        (d)  Termination of Contract ...................... 102

        (e)  Split Contracts .............................. 103

        (f)  Outright Assignment to a
             Minor League club ....................... 103

  D.  Benefits or Player Benefit Costs ...................... 103

    (1)  Definition ......................................... 103

    (2)  Limitation on Annual Increase ................... 104

  E.  Determination of Salary ............................. 105

    (1)  General Rule ...................................... 105

    (2)  Average Annual Value of Guaranteed
        Multi-Year Contracts .......................... 105

    (3)  Signing Bonuses ................................. 106

    (4)  Performance, Award and Other Bonuses ........... 106

    (5)  Option Contracts ................................. 106

    (6)  Deferred Compensation .......................... 111

    (7)  Loans to Players ................................. 113

  F.  Association's Rights ................................. 114

    (1)  Actual Club Payroll Information ................. 114

    (2)  Association's Rights to Challenge ................. 115

  G.  Other Undertakings ................................. 117

  H.  Uses of Competitive Balance Tax Proceeds ........... 118

  I.  Sunset ............................................. 119

ARTICLE XXIV—The Revenue Sharing Plan ................. 119

  A.  Definitions ......................................... 119

  B.  General Principles ................................... 128

    (1)  Intent of the Plan ................................ 128

(2) Other Sharing ..................................... 128

(3) Accounting Rules ................................ 129

(4) Interests of the Association ....................... 129

(5) Other Undertakings .............................. 130

C. Administration ........................................ 131

(1) Responsibility ................................... 131

(2) Duties of Administrator .......................... 132

(3) Specific Prohibition .............................. 134

D. Participation of the Association ....................... 134

(1) Consultation .................................... 134

(2) Right to Information ............................. 135

(3) Right to Audit .................................. 137

(4) Confidentiality .................................. 139

ARTICLE XXV—The Industry Growth Fund .................. 139

A. Objective and Purposes .............................. 139

B. Joint Activities ...................................... 139

C. Administration ...................................... 140

(1) Board of Directors .............................. 140

(2) Co-Operating Officers ........................... 140

D. Dispute Resolution .................................. 141

(1) Disputes Concerning Joint Activities .............. 141

(2) Disputes Subject to Resolution by the
Independent Member .......................... 141

(3) Other Disputes .................................. 142

E. Funding ............................................ 142

(1) Competitive Balance Tax Proceeds ............... 142

(2)   Additional Voluntary Contributions  ............... 142

F.   Continuation of IGF After the Termination of
    the Basic Agreement  ............................... 142

ARTICLE XXVI—Term ....................................... 142

ARTICLE XXVII—Comprehensive Agreement ............... 143

ARTICLE XXVIII—Execution of this Agreement ............. 143

ATTACHMENT 1—Commissioner's Letter on
                Grievance Procedures ..................... 146

ATTACHMENT 2—Assignments Before Opening Day
                Rosters are Due .......................... 147

ATTACHMENT 3—Interest Awards ........................... 148

ATTACHMENT 4—Batting Helmets ......................... 149

ATTACHMENT 5—Standard Form of Diagnosis .............. 151

ATTACHMENT 6—Medical History Questionnaire ........... 159

ATTACHMENT 7—Charitable Contributions .................. 173

ATTACHMENT 8—Contraction .............................. 175

ATTACHMENT 9—Central Tender Letter .................... 176

ATTACHMENT 10—Article XX(A)—Exercise of Free
                Agency Rights by Players on Restricted,
                Suspended, Disqualified, Ineligible,
                Voluntarily Retired or Military Lists ..... 177

x

ATTACHMENT 11—Article XX(A)—Clubs' Obligations
to Tender and Renew Contracts of
Players on Restricted, Suspended,
Disqualified, Ineligible, Voluntarily
Retired or Military Lists ................. 178

ATTACHMENT 12—Article XX(A)—Minor League
Player with No Existing Major
League Contract ......................... 179

ATTACHMENT 13—Information Bank ...................... 180

ATTACHMENT 14—Confidentiality Agreement ............. 181

ATTACHMENT 15—End of Season Workouts at
Spring Training Facility................. 185

ATTACHMENT 16—Home Run Derby ...................... 186

ATTACHMENT 17—Family Security ........................ 188

ATTACHMENT 18—Authorization for the Use and/or
Disclosure of Major League Player
Health Information ..................... 189

ATTACHMENT 19—Uniform Regulations ................... 193

ATTACHMENT 20—Debt Regulation ....................... 205

ATTACHMENT 21—Debt Regulation ....................... 206

ATTACHMENT 22—Debt Service Rule ...................... 208

ATTACHMENT 23—Multi-Purpose Financial Reporting
Process ................................. 218

ATTACHMENT 24—Minor League UPCs with
               Major League Terms  ................... 220

ATTACHMENT 25—Post-Season Play........................ 221

ATTACHMENT 26—Performance Factors & Market
               Disqualification......................... 222

ATTACHMENT 27—Joint Treatment Program for
               Alcohol-Related and Off-Field
               Violent Conduct ........................ 224

ATTACHMENT 28—Smokeless Tobacco Policy  .............. 226

ATTACHMENT 29—Major League Baseball's
               Weapon-Free Workplace Policy  ......... 228

ATTACHMENT 30—International Play Events ................ 230

ATTACHMENT 31—COLA Rounding ........................ 231

ATTACHMENT 32—Counting Days On Option ............... 232

ATTACHMENT 33—Media Access  .......................... 233

ATTACHMENT 34—Club/Media Regulations ................. 234

ATTACHMENT 35—Medical Issues  ......................... 238

ATTACHMENT 36—Management of Concussions  ........... 240

ATTACHMENT 37—Mini-Camps ............................ 250

ATTACHMENT 38—"Most Favored Nations" Provisions ...... 252

ATTACHMENT 39—Rehabilitation Assignment
               Consent Form........................... 253

ATTACHMENT 40—Social Media ........................... 254

ATTACHMENT 41—Tax Treatment of Allowances ............ 256

ATTACHMENT 42—Voidable Years ......................... 257

ATTACHMENT 43—Renewals of Outrighted Players.......... 258

ATTACHMENT 44—Contract Tender of Rule 5 Players ....... 259

ATTACHMENT 45—Qualifying Offers  ...................... 260

ATTACHMENT 46—International Amateur Talent  ............ 265

SCHEDULE A—Uniform Player's Contract................... 277
                      —Regulations  ................................. 290

APPENDIX A—Rules of Procedure—Grievance
                      Arbitration Hearings  ......................... 295